98 P.3d 246

# SUPREME COURT OF HAWAI'I

**September 29, 2004**

| 24928 | State v. Gauntt-Bryant | Reversed |
|---|---|---|

**October 5, 2004**

| 24726 | Keneke Roofing, Inc. v. Island Ins. Co., Ltd. | Affirmed |
|---|---|---|

**October 6, 2004**

| 23826 | Fa v. Brigham Young University-Hawai'i | Affirmed |
|---|---|---|
| 23882 | State v. Kahapea | Affirmed |